No. 71–5500.   CASH *v.* MUNICIPAL COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 71–5501.   SHERIS *v.* MORTON ET AL.   Sup. Ct. N. H.   Certiorari denied.

No. 71–5503.   COUNTS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.